# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMWEL OKARI ANYIMU, ) ) Petitioner, ) ) v. ) ) DEPARTMENT OF HOMELAND SECURITY, ) ) ) Respondent. ) ) | CIVIL ACTION No. 16-3232-JWL |

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause on or before **December 19, 2016** why the writ should not be granted; that the petitioner has until **January 19, 2017** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**Dated this 17th day of November, 2016 at Kansas City, Kansas.**

        s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT  JUDGE**