IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SAMWEL OKARI ANYIMU,

     Petitioner,

     v.                                CASE NO. 16-3232-JWL

DEPARTMENT OF HOMELAND
SECURITY,

     Respondent.

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed under 28 U.S.C. § 2241. On April 13, 2017, the Department of Homeland Security ("DHS") agreed to release Petitioner from custody pending removal, and the Court dismissed this action without prejudice. (Docs. 21, 23.) This matter is now before the Court on Petitioner's Motion to Reopen 28 U.S.C. § 2241 Proceeding and for Immediate Hearing (Doc. 24).

For good cause shown as set forth in the motion, the Court grants the motion to reopen and for immediate hearing. Respondent shall have until 10:00am, November 9, 2017, to file a written response.

**IT IS THEREFORE BY THE COURT ORDERED** that Petitioner's Motion to Reopen 28 U.S.C. § 2241 Proceeding and for Immediate Hearing (Doc. 24) is **granted.**

**IT IS FURTHER ORDERED** that Respondent shall have until **10:00am, Thursday, November 9, 2017,** to file a written response.

**IT IS FURTHER ORDERED** that this matter is set for hearing on **Thursday, November 9, 2017, at 1:00 p.m.**, in KC Courtroom 440 before District Judge John W. Lungstrum.

**IT IS SO ORDERED**.

Dated this 7th day of November, 2017, at Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**